IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 14 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-02136-BNB

SYLVIA A. SEGLER,

    Plaintiff,

v.

FELFAM LTD. PARTNERSHIP,
LEVY, MORSE, & WHEELER, P.C.,
ROBERT S. HYATT, individually, and in his official capacity as District Court Judge of
    Denver District Court,
MORRIS B. HOFFMAN, individually, and in his official capacity as District Court Judge
    of Denver District Court,
RICK WEHMHOEFER, individually, and in his official capacity as Executive Director of
    the Colorado Commission on Judicial Discipline, and
MATTHEW A. SAMUELSON, individually, and in his official capacity as Assistant
    Regulation Counsel of the Office of Attorney Regulation Counsel,

    Defendants.

---

ORDER GRANTING PLAINTIFF LEAVE TO PROCEED
PURSUANT TO 28 U.S.C. § 1915

---

Plaintiff has filed *pro se* a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Complaint. The motion and affidavit indicate that Plaintiff should be granted leave to proceed pursuant to 28 U.S.C. § 1915 solely on the basis of inability to prepay fees or give security therefor. Accordingly it is

ORDERED that the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 is granted. It is

FURTHER ORDERED that the court will review the complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) to determine if the complaint is frivolous or malicious, fails to

state a claim on which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief. It is

FURTHER ORDERED that process shall not issue until further order of the court. It is

FURTHER ORDERED that the motion to amend that Plaintiff filed on October 2, 2008, is denied as unnecessary because the October 2, 2008, order to cure, which apparently crossed in the mail, directed Plaintiff to file an amended complaint, which she did on October 9, 2008.

DATED October 14, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02136-BNB

Sylvia Segler
1295 Race Street #203
Denver, CO 80206

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 10/14/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk